**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/10/21 6:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  TIMOTHY M. HUMMELBAUGH<br>  TRACY L. HUMMELBAUGH<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>        Movant<br>      vs.<br>  TIMOTHY M. HUMMELBAUGH<br>  TRACY L. HUMMELBAUGH<br><br>      Respondents | Case No. 16-70023-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 88 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this <u>10th</u> day of <u>February</u>, 2021, it is herebt ORDERED, ADJUDGED and DECREED that,

> CSX Transportation Inc*
> Attn: Payroll Services J685*
> 6735 Southpoint Dr S*
> Jacksonville, FL 32216

is hereby ordered to immediately terminate the attachment of the wages of TIMOTHY M. HUMMELBAUGH, social security number XXX-XX-7143.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TIMOTHY M. HUMMELBAUGH.

BY THE COURT:

_____   mas
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 16-70023-JAD
Timothy M. Hummelbaugh                                                                    Chapter 13
Tracy L. Hummelbaugh
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 1 of 2 |
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Timothy M. Hummelbaugh, Tracy L. Hummelbaugh, 202 Cabin Hill Road, Meyersdale, PA 15552-9200 |
|  | + CSX Transportation, Inc., Attn: Payroll Services J685, 6735 Southpoint Dr S, Jacksonville, FL 32216-0919 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2021        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor PennyMac Loan Services LLC bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor PennyMac Loan Services LLC bankruptcy@powerskirn.com |
| Kenneth P. Seitz | on behalf of Debtor Timothy M. Hummelbaugh thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Tracy L. Hummelbaugh thedebterasers@aol.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 2 of 2 |
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 2 |

Kevin Scott Frankel
    on behalf of Creditor Carrington Mortgage Services  LLC, et al pabk@logs.com

Kirsten S. Penn
    on behalf of Creditor First Commonwealth Bank kpenn@lenderlaw.com

Laurence A. Mester
    on behalf of Creditor Carrington Mortgage Services  LLC, lmester@mesterschwartz.com, jschwartz@mesterschwartz.com

Maria Miksich
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor PennyMac Loan Services  LLC pawb@fedphe.com

Thomas Song
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com

TOTAL: 13