| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Timothy M. Hummelbaugh** | Social Security number or ITIN | xxx–xx–7143 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tracy L. Hummelbaugh** | Social Security number or ITIN | xxx–xx–7033 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | | |
| Case number:  **16–70023–JAD** | | | |

# Order of Discharge                                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Timothy M. Hummelbaugh                              Tracy L. Hummelbaugh

<u>5/19/21</u>                                               **By the court:**     <u>Jeffery A. Deller</u>
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70023-JAD |
| Timothy M. Hummelbaugh | Chapter 13 |
| Tracy L. Hummelbaugh | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: aala | Page 1 of 3 |
| Date Rcvd: May 19, 2021 | Form ID: 3180W | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy M. Hummelbaugh, Tracy L. Hummelbaugh, 202 Cabin Hill Road, Meyersdale, PA 15552-9200 |
| cr | + | Carrington Mortgage Services, LLC,, c/o Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| cr | + | Carrington Mortgage Services, LLC, et al, c/o Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| cr | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Three Gateway Center, Suite 1375, 401 Liberty Avenue, Pittsburgh, PA 15222-1000 |
| 14179359 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, P.O. Box 117, Columbus, OH 43216 |
| 14162948 | + | Glhegc, Po Box 7860, Madison, WI 53707-7860 |
| 14205143 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE SUITE #200, MOORPARK, CA 93021-2602 |
| 14162950 | + | Pennymac, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 14162951 | + | Somerset Trust Company, 151 W Main St, Somerset, PA 15501-2068 |
| 14162957 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14162959 | + | Xls, Pob 2461, Harrisburg, PA 17105-2461 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 20 2021 03:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 20 2021 02:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 20 2021 03:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 20 2021 02:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | May 20 2021 03:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: PRA.COM | May 20 2021 03:08:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | EDI: RECOVERYCORP.COM | May 20 2021 03:08:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 15279257 | + | EDI: RECOVERYCORP.COM | May 20 2021 03:08:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. |

| Recipient ID | Notice Type | Date/Time | Address |
|---|---|---|---|
| | | | Box 41021, Norfolk, VA 23541-1021 |
| 14211825 | EDI: RECOVERYCORP.COM | May 20 2021 03:08:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14162943 | EDI: CAPITALONE.COM | May 20 2021 03:08:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14226491 | EDI: CAPITALONE.COM | May 20 2021 03:08:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14162944 | + Email/Text: BKBCNMAIL@carringtonms.com | May 20 2021 02:11:00 | Carrington Mortgage Services, P.O. Box 54285, Irvine, CA 92619-4285 |
| 14233105 | + Email/Text: BKBCNMAIL@carringtonms.com | May 20 2021 02:11:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14162946 | + Email/Text: bdsupport@creditmanagementcompany.com | May 20 2021 02:12:00 | Credit Management Co, 2121 Noblestown Road, Pittsburg, PA 15205-3956 |
| 14162945 | + Email/Text: bdsupport@creditmanagementcompany.com | May 20 2021 02:12:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14246747 | EDI: ECMC.COM | May 20 2021 03:08:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14162947 | + Email/Text: bankruptcynotice@fcbanking.com | May 20 2021 02:11:00 | First Commonwealth, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 14170638 | + Email/Text: kpenn@lenderlaw.com | May 20 2021 02:13:00 | First Commonwealth Bank, c/o Kirsten S. Penn, Esquire, McGrath McCall, P.C., Three Gateway Center, Suite 1375, 401 Liberty Avenue, Pittsburgh, PA 15222-1000 |
| 14162949 | + EDI: MID8.COM | May 20 2021 03:08:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14208113 | + EDI: MID8.COM | May 20 2021 03:08:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14407731 | EDI: PRA.COM | May 20 2021 03:08:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14166530 | EDI: RECOVERYCORP.COM | May 20 2021 03:08:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14172787 | EDI: AGFINANCE.COM | May 20 2021 03:08:00 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 14162952 | EDI: AGFINANCE.COM | May 20 2021 03:08:00 | Springleaf Financial S, 601 Nw 2nd St, Evansville, IN 47708 |
| 14162953 | + EDI: RMSC.COM | May 20 2021 03:08:00 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14162954 | + EDI: RMSC.COM | May 20 2021 03:08:00 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14162955 | + EDI: RMSC.COM | May 20 2021 03:08:00 | Syncb/Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14162956 | + EDI: RMSC.COM | May 20 2021 03:08:00 | Syncb/Wolf Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14162958 | + EDI: BLUESTEM | May 20 2021 03:08:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | PennyMac Loan Services, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2021         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor PennyMac Loan Services  LLC bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor PennyMac Loan Services  LLC bankruptcy@powerskirn.com |
| Kenneth P. Seitz | on behalf of Debtor Timothy M. Hummelbaugh thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Tracy L. Hummelbaugh thedebterasers@aol.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services  LLC, et al pabk@logs.com, logsecf@logs.com |
| Kirsten S. Penn | on behalf of Creditor First Commonwealth Bank kpenn@lenderlaw.com |
| Laurence A. Mester | on behalf of Creditor Carrington Mortgage Services  LLC, lmester@mesterschwartz.com, jschwartz@mesterschwartz.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PennyMac Loan Services  LLC pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com |

TOTAL: 13