**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/19/21 4:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    TIMOTHY M. HUMMELBAUGH
    TRACY L. HUMMELBAUGH
        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

**DEFAULT O/E JAD**

Case No. 16-70023-JAD

Chapter 13

Related To ECF No. 94

**ORDER OF COURT**

    AND NOW, this 19th day of May, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_(signature)_     mas
JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-70023-JAD
Timothy M. Hummelbaugh  Chapter 13
Tracy L. Hummelbaugh
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7  User: aala  Page 1 of 3
Date Rcvd: May 19, 2021  Form ID: pdf900  Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy M. Hummelbaugh, Tracy L. Hummelbaugh, 202 Cabin Hill Road, Meyersdale, PA 15552-9200 |
| cr | + | Carrington Mortgage Services, LLC,, c/o Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| cr | + | Carrington Mortgage Services, LLC, et al, c/o Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| cr | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Three Gateway Center, Suite 1375, 401 Liberty Avenue, Pittsburgh, PA 15222-1000 |
| 14179359 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, P.O. Box 117, Columbus, OH 43216 |
| 14246747 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14162948 | + | Glhegc, Po Box 7860, Madison, WI 53707-7860 |
| 14205143 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE SUITE #200, MOORPARK, CA 93021-2602 |
| 14162950 | + | Pennymac, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 14162951 | + | Somerset Trust Company, 151 W Main St, Somerset, PA 15501-2068 |
| 14162957 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14162959 | + | Xls, Pob 2461, Harrisburg, PA 17105-2461 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 20 2021 01:53:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 20 2021 01:55:04 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | May 20 2021 01:52:42 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 15279257 | + | Email/PDF: rmscedi@recoverycorp.com | May 20 2021 01:52:42 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14211825 | | Email/PDF: rmscedi@recoverycorp.com | May 20 2021 01:53:50 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14162943 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 20 2021 01:53:49 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14226491 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 20 2021 01:55:03 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14162944 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 20 2021 02:11:00 | Carrington Mortgage Services, P.O. Box 54285, Irvine, CA 92619-4285 |
| 14233105 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 20 2021 02:11:00 | Carrington Mortgage Services, LLC, 1600 South |

Case 16-70023-JAD  Doc 104  Filed 05/21/21  Entered 05/22/21 00:39:48  Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-7 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 19, 2021 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Douglass Road, Anaheim, CA 92806-5951 |
| 14162946 | + | Email/Text: bdsupport@creditmanagementcompany.com May 20 2021 02:12:00 | | Credit Management Co, 2121 Noblestown Road, Pittsburg, PA 15205-3956 |
| 14162945 | + | Email/Text: bdsupport@creditmanagementcompany.com May 20 2021 02:12:00 | | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14162947 | + | Email/Text: bankruptcynotice@fcbanking.com May 20 2021 02:11:00 | | First Commonwealth, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 14170638 | + | Email/Text: kpenn@lenderlaw.com May 20 2021 02:13:00 | | First Commonwealth Bank, c/o Kirsten S. Penn, Esquire, McGrath McCall, P.C., Three Gateway Center, Suite 1375, 401 Liberty Avenue, Pittsburgh, PA 15222-1000 |
| 14162949 | + | Email/Text: bankruptcydpt@mcmcg.com May 20 2021 02:12:00 | | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14208113 | + | Email/Text: bankruptcydpt@mcmcg.com May 20 2021 02:12:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14407731 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 20 2021 01:52:42 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14166530 | | Email/PDF: rmscedi@recoverycorp.com May 20 2021 01:55:04 | | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14172787 | | Email/PDF: cbp@onemainfinancial.com May 20 2021 01:53:48 | | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 14162952 | | Email/PDF: cbp@onemainfinancial.com May 20 2021 01:55:02 | | Springleaf Financial S, 601 Nw 2nd St, Evansville, IN 47708 |
| 14162953 | + | Email/PDF: gecsedi@recoverycorp.com May 20 2021 01:55:02 | | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14162954 | + | Email/PDF: gecsedi@recoverycorp.com May 20 2021 01:55:02 | | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14162955 | + | Email/PDF: gecsedi@recoverycorp.com May 20 2021 01:55:01 | | Syncb/Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14162956 | + | Email/PDF: gecsedi@recoverycorp.com May 20 2021 01:52:39 | | Syncb/Wolf Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14162958 | + | Email/Text: bnc-bluestem@quantum3group.com May 20 2021 02:12:00 | | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | PennyMac Loan Services, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 16-70023-JAD  Doc 104  Filed 05/21/21  Entered 05/22/21 00:39:48  Desc
Imaged Certificate of Notice  Page 4 of 4

| District/off: 0315-7 | User: aala | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 19, 2021 | Form ID: pdf900 | Total Noticed: 36 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor PennyMac Loan Services LLC bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor PennyMac Loan Services LLC bankruptcy@powerskirn.com |
| Kenneth P. Seitz | on behalf of Debtor Timothy M. Hummelbaugh thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Tracy L. Hummelbaugh thedebterasers@aol.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services LLC, et al pabk@logs.com, logsecf@logs.com |
| Kirsten S. Penn | on behalf of Creditor First Commonwealth Bank kpenn@lenderlaw.com |
| Laurence A. Mester | on behalf of Creditor Carrington Mortgage Services LLC, lmester@mesterschwartz.com, jschwartz@mesterschwartz.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PennyMac Loan Services LLC pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES LLC pawb@fedphe.com |

TOTAL: 13